**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DEIRDRE WALDRON,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:24-CV-04580-ELR-CMS** |
| **ERBE USA, INC.,** | |
| **Defendant.** | |

---

**PLAINTIFF'S MOTION FOR LEAVE TO PROVISIONALLY SEAL EVIDENTIARY MATERIAL**

---

Plaintiff Deirdre Waldron, by and through the undersigned counsel, and pursuant to Section II(J) of Appendix H of the Local Rules of the Northern District of Georgia, files this Motion for Leave to Seal the following Evidentiary Material on the grounds they contain Plaintiff's social security number, date of birth, personal email, and/or personal home address and should be protected from public access:

1. Deposition of Carolyn Grier taken on January 17, 2025: Exhibit 8 [Dkt. 51-8];

2. Deposition of Derrick Roy taken on May 29, 2025: Exhibit 6 [Dkt. 52-6]

3. Deposition of Derrick Roy taken on May 29, 2025: Exhibit 9 [Dkt. 52-9]

4. Deposition of Derrick Roy taken on May 29, 2025: Exhibit 28 [Dkt. 52-20]

1

5. Deposition of Plaintiff Deirdre Waldron taken on July 31, 2025: Exhibit 3

[Dkt. 54-3]

While Plaintiff's counsel attempted to redact all filings as required by Fed. R. Civ. P. 5.2, these exhibits were inadvertently filed with incomplete redaction. Plaintiff has filed fully redacted exhibits [Dkts. 57-1, 57-2, 57-3, 57-4, and 57-5] and now seeks to seal the incompletely redacted exhibits previously filed from public view.

The documents itemized above are relevant and necessary to the case, and Plaintiff has relied upon them to support her Motion for Summary Judgment [Dkt. 56].

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that the foregoing document was prepared using Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C NDGa

This 19th day of September 2025,

DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC

101 Marietta Street
Suite 2650
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
matthew.herrington@dcbflegal.com
charlesbridgers@dcbflegal.com

/s/ Matthew W. Herrington
Matthew W. Herrington
Georgia Bar No. 275411
Charles R. Bridgers
Georgia Bar No. 080791

Counsel for Plaintiff

2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DEIRDRE WALDRON, | |
| **Plaintiff,** | |
| v. | **Case No. 1:24-CV-04580-ELR-CMS** |
| ERBE USA, INC., | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated: September 19, 2025

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

3