**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEIRDRE WALDRON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:24-CV-04580-ELR |
| | * | |
| ERBE USA, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**ORDER**

_____

This case is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R"). [Doc. 67]. The district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The R&R recommends that the Court deny Plaintiff Deirdre Waldron's Motion for Partial Summary Judgment, [Doc. 56], and determine as a matter of law that Defendant Erbe USA, Inc. subjected Waldron to an adverse employment action by terminating her employment. [Doc. 67 at 21].

Erbe has not objected to the R&R, and the time for such a filing has passed. [See Doc. 66]. In the absence of objections, the undersigned has reviewed the R&R for clear error and found no error. See Thomas v. Arn, 474 U.S. 140, 154 (1985);

Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006).

Accordingly, the undersigned **ADOPTS** the R&R, [Doc. 67], as the order of this Court and, for the reasons stated in the R&R, **GRANTS** Waldron's Motion for Partial Summary Judgment, [Doc. 56]. Because the ultimate resolution of Waldron's FMLA retaliation claim remains outstanding, the Court **ORDERS** the Parties to file their Consolidated Pretrial Order within **30 DAYS** of the entry of this order.

**SO ORDERED**, this 9th day of February, 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

2